**BECK & BECK, LLC**
**Attorneys at Law**
83 Booth Street
Stratford, Connecticut 06614
(203) 375-2222
FAX (203) 378-5263
www.ctbecklaw.com

Dana K. Beck, Esq.
Kenneth A. Beck, Esq.*
*Also Admitted in New York

67 Wall Street, Suite 2211
New York, NY 10005-3198
(212) 323-8195

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ JUN 2 2005 ★
TIME A.M.
P.M.

May 25, 2005

Honorable Cheryl L. Pollak
United States Magistrate Judge
United States Courthouse-E.D.N.Y
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Monarch Shipping Lines, Inc., v. American Stevedoring, Inc., et al
Case No.: 03-CV-4133

Dear Judge Pollack:

As you may know, we represent Monarch Shipping Lines, Inc., the Plaintiff. We are approaching the thirty (30) day mark from our April 27, 2005 conference before this court.

As requested I am advising the court that to date, I have not received confirmation from my client on the issues we need to resolve. Counsel for American Stevedoring, Inc served more discovery. I am simple not able to respond. I have however, reserved New York # 1 Shipping, Inc., by service on New York's Secretary of State.

I am respectfully requesting that your discovery schedule be stayed, pending my Motion to Withdraw as counsel, which I hope to file within the next ten (10) days. If the situation should change I will immediately advise the court in the next (10) days.

Very truly yours,

Kenneth A. Beck

KAB/jd

CC: All Counsel of record
Peter Kennedy

---

*Handwritten order:*
Request for extension to file motion to withdraw is granted until June 6, 2005. Discovery is stayed until then. So Ordered
CLP
5/1/05